IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC REICHBART, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>                      Defendant. | Case No. 2:24-cv-01876-NIQA<br><br>CLASS ACTION |
| JOSEPH STALLONE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>                      Defendant. | Case No. 2:24-cv-01901<br><br>CLASS ACTION |

**COORDINATED PLAINTIFFS' MOTION TO CONSOLIDATE CASES
AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

For the reasons set forth in the accompanying Memorandum of Law, Coordinated Plaintiffs Marc Reichbart and Joseph Stallone in the above-captioned actions respectfully request that the Court (1) consolidate the above-captioned Related Actions pursuant to Fed. R. Civ. P. 42(a) under the caption of the first-filed *Reichbart* docket, No. 2:24-cv-01876-NIQA, and administratively close the *Stallone* matter; (2) appoint Mariya Weekes of Milberg Coleman Bryson Phillips Grossman, PLLC, Andrew W. Ferich of Ahdoot & Wolfson PC, and Kristen Lake Cardoso of

Kopelowitz Ostrow P.A. as interim co-lead class counsel pursuant to Fed. R. Civ. P. 23(g)(3); (3) create a Plaintiffs' Steering Committee to be comprised of three lawyers or three law firms that file future related actions, to be installed by interim class counsel, to assist with the prosecution of this complex litigation; and (4) set a deadline for Plaintiffs to file a consolidated complaint within 30 days of any Order granting this Motion.

A proposed Order has been filed contemporaneously herewith.

Dated: May 6, 2024

/s/     Andrew Ferich
**AHDOOT & WOLFSON, PC**
Andrew W. Ferich (PA I.D. 313696)
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

Melissa Clark*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel.: (310) 474-9111
Fax: (310) 474-8585
mclark@ahdootwolfson.com

Mariya Weekes*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2ND Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
mweekes@milberg.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
gklinger@milberg.com

Kristen Lake Cardoso*
Jeff Ostrow*
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
cardoso@kolawyers.com
ostrow@kolawyers.com

*Proposed Interim Co-Lead Counsel*

\**pro hac vice* pending or to be filed

## CERTIFICATION PURSUANT TO L. CIV. R. 7.1(d)

In compliance with L. Civ. R. 7.1(d), the undersigned certifies that on this 6th day of May, 2024, the foregoing motion and its accompanying documents were sent via certified mail/return receipt requested to Defendant Financial Business and Consumer Solutions, Inc., at its principal place of business, located at 330 S. Warminster Road, Suite 353, Hatboro, Pennsylvania 19040.

## CERTIFICATE OF SERVICE

The undersigned further certifies that on this 6th day of May, 2024, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: May 6, 2024     /s/ Andrew Ferich
                        Andrew Ferich (PA I.D. 313696)