# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC REICHBART, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>                      Defendant. | Case No. 2:24-cv-01876-NIQA<br><br>CLASS ACTION |
| JOSEPH STALLONE, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>                      v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>                      Defendant. | Case No. 2:24-cv-01901-NIQA<br><br>CLASS ACTION |
| ALISON CROTEAU, individually and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>                      v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>                      Defendant. | Case No. 2:24-cv-01946-NIQA<br><br>CLASS ACTION |

| | |
|---|---|
| KEVIN BROOKS, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02007-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| JESSE R. APTHORP, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02024-PD |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| MICKEY HWANG, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02033-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |

| | |
|---|---|
| SOPHIE CAHEN VORBURGER, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02045-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| DANA KERR, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02075-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| DERRICK VINES and BRADFORD WICKS, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02085-NIQA |
| Plaintiffs, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |

| | |
|---|---|
| GRIFFIN R. WAGNER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>                Defendant. | Case No. 2:24-cv-02119-NIQA<br><br>CLASS ACTION |
| JEROME FRASIER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>                Defendant. | Case No. 2:24-cv-02121-NIQA<br><br>CLASS ACTION |
| DUSTIN BUSBY, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>                Defendant. | Case No. 2:24-cv-02129-TJS<br><br>CLASS ACTION |

| | |
|---|---|
| TIMOTHY COURTNEY, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. d/b/a FBCS, INC.,<br><br>     Defendant. | Case No. 2:24-cv-02153-NIQA<br><br>CLASS ACTION |
| ONIEQUE MORGAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>     Defendant. | Case No. 2:24-cv-02163-NIQA<br><br>CLASS ACTION |

**COORDINATED PLAINTIFFS'**
**AMENDED MOTION TO CONSOLIDATE CASES**
**AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

For the reasons set forth in the accompanying Amended Memorandum of Law, Coordinated Plaintiffs Marc Reichbart, Joseph Stallone, Alison Croteau, Kevin Brooks, Mickey Hwang, and Dana Kerr respectfully request that the Court (1) consolidate the above-captioned Related Actions pursuant to Fed. R. Civ. P. 42(a) under the caption of the first-filed *Reichbart* docket, No. 2:24-cv-01876-NIQA, and administratively close the *Stallone*, *Croteau*, *Brooks*, *Apthorp*, *Hwang*, *Cahen Vorburger*, *Kerr*, *Vines*, *Wagner*, *Frasier*, *Busby*, *Courtney*, and *Morgan*

matters; (2) appoint Andrew W. Ferich of Ahdoot & Wolfson, PC, Kristen Lake Cardoso of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, and Charles E. Schaffer of Levin Sedran & Berman, LLP as Interim Co-Lead Class Counsel pursuant to Fed. R. Civ. P. 23(g)(3); (3) appoint Mariya Weekes of Milberg Coleman Bryson Philips Grossman, PLLC, Tyler Bean of Siri & Glimstad LLP, and Jennifer M. French of Lynch Carpenter, LLP to a Plaintiffs' Executive Committee; (4) appoint Benjamin F. Johns of Shub & Johns LLC as Liaison Counsel; and (5) set a deadline for Plaintiffs to file a consolidated complaint within 30 days of an Order granting this motion to appoint counsel and consolidate cases.

A proposed Amended Order has been filed contemporaneously herewith.

Dated: May 22, 2024

*/s/ Andrew Ferich*
**AHDOOT & WOLFSON, PC**
Andrew W. Ferich (PA I.D. 313696)
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

Melissa Clark*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel.: (310) 474-9111
Fax: (310) 474-8585
mclark@ahdootwolfson.com

Kristen Lake Cardoso*
Jeff Ostrow*
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
cardoso@kolawyers.com
ostrow@kolawyers.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663
cschaffer@lfsblaw.com

*Proposed Interim Co-Lead Counsel*

Mariya Weekes*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2ND Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
mweekes@milberg.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
gklinger@milberg.com

Gary F. Lynch (PA 56887)
Connor P. Hayes (PA 330447)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
gary@lcllp.com
connorh@lcllp.com

Jennifer M. French*
**LYNCH CARPENTER, LLP**
1234 Camino Del Mar
Del Mar, CA 92014
T:(619) 762-1910
jennf@lcllp.com

3

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
74 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
tbean@sirillp.com

*Proposed Plaintiffs Executive Committee*

Benjamin F. Johns (PA ID 201373)
Samantha E. Holbrook (PA ID 311829)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Proposed Plaintiffs Liaison Counsel*

**pro hac vice* pending or to be filed*

## CERTIFICATION PURSUANT TO L. CIV. R. 7.1(d)

In compliance with L. Civ. R. 7.1(d), the undersigned certifies that on this 22nd day of May, 2024, the foregoing amended motion and its accompanying documents were sent via electronic mail to the following counsel for Defendant Financial Business and Consumer Solutions, Inc.:

Nathalie Freeman
nfreeman@bakerlaw.com
Robyn Feldstein
rfeldstein@bakerlaw.com
Edward J. McAndrew
emcandrew@bakerlaw.com
BakerHostetler
1735 Market St., Suite 3300
Philadelphia, PA 19103
Tel: (215) 568-3100

## CERTIFICATE OF SERVICE

The undersigned further certifies that on this 22nd day of May, 2024, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: May 22, 2024    */s/ Andrew Ferich*
                        Andrew Ferich (PA I.D. 313696)