| | |
|---|---|
| TIMOTHY COURTNEY, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. d/b/a FBCS, INC.,<br><br>         Defendant. | Case No. 2:24-cv-02153-KSM<br><br>CLASS ACTION |
| ONIEQUE MORGAN, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>         Defendant. | Case No. 2:24-cv-02163-NIQA<br><br>CLASS ACTION |

**DEFENDANT FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.'S RESPONSE TO COORDINATED PLAINTIFFS' AMENDED MOTION TO CONSOLIDATE CASES AND APPOINT INTERIM CO-LEAD CLASS COUNSEL**

Defendant Financial Business and Consumer Solutions, Inc. ("FBCS"), has reviewed Coordinated Plaintiffs' Amended Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel (the "Amended Motion to Consolidate") (DI. 8) and does not oppose the portion of the Amended Motion to Consolidate seeking consolidation of the fourteen (14) above-captioned actions, as well as any future related actions that may be filed in, or transferred or removed, to this Court, under the docket of the first-filed *Reichbart* Action (No. 2:24-cv-01876-NIQA). FBCS has filed, or will file, motions to stay responsive pleading deadlines pending resolution of the Amended

Motion to Consolidate in each of the above-captioned actions, virtually all of which FBCS has confirmed to be unopposed.  FBCS respectfully requests that, following the resolution of the Amended Motion to Consolidate, the Court allow the parties to confer and report to the Court with a proposed schedule governing responsive pleading deadlines.

At this juncture, and in light of the early stage of the proceedings and the number of pending actions and counsel, FBCS takes no position on the portion of the Amended Motion to Consolidate seeking the appointment of Interim Co-Lead Counsel and Liaison Counsel (together, "Proposed Class Counsel").  FBCS reserves the right to revisit its stance on Proposed Class Counsel at a later date.

Dated:  May 24, 2024

**BAKER & HOSTETLER LLP**

*/s/ Nathalie A. Freeman*
Edward J. McAndrew (Pa. I.D. 77103)
Nathalie A. Freeman (Pa. I.D. 333177)
1735 Market Street, Suite 3300
Philadelphia, PA 19103
Tel.: (215) 564-8386
Email:  emcandrew@bakerlaw.com
Email:  nfreeman@bakerlaw.com

Robyn M. Feldstein (*Pro hac vice application forthcoming)*
45 Rockefeller Plaza
New York, NY 10111
Tel.: (212) 589-4200
Email: rfeldstein@bakerlaw.com

*Attorneys for Defendant Financial Business and Consumer Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I, Nathalie A. Freeman, hereby certify that on this 24[rd] day of May, 2024, I caused a true and correct copy of the foregoing Response to Coordinated Plaintiffs' Amended Motion to Consolidate Cases and Appoint Interim Co-Lead Class Counsel to be served via CM/ECF and email on the following counsel of record:

Andrew W. Ferich
AHDOOT & WOLFSON, PC
201 King of Prussia Road, Suite 650
Radnor, PA 19087
aferich@ahdootwolfson.com

Melissa Clark
AHDOOT & WOLFSON, PC
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
mclark@ahdootwolfson.com

Gary Klinger
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PPLC
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Mariya Weekes
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PPLC
201 Sevilla Avenue, 2nd Floor
Coral Gables, FL 33134
mweekes@milberg.com

Jeff Ostrow
Kristen Lake Cardoso
KOPELOWITZ OSTRO PA
1 Las Olas Blvd., Suite 500
Ft. Lauderdale, FL 33301
ostrow@kolawyers.com
cardoso@kolawyers.com

Dated:  May 24, 2024

*/s/ Nathalie A. Freeman*
Nathalie A. Freeman

*Attorney for Defendant Financial Business and Consumer Solutions, Inc.*