# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC REICHBART, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>      Defendant. | Case No. 2:24-cv-01876-NIQA<br><br>CLASS ACTION |
| JOSEPH STALLONE, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>      Defendant. | Case No. 2:24-cv-01901-NIQA<br><br>CLASS ACTION |
| ALISON CROTEAU, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>      Defendant. | Case No. 2:24-cv-01946-NIQA<br><br>CLASS ACTION |

| | |
|---|---|
| KEVIN BROOKS, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02007-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| JESSE R. APTHORP, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02024-PD |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| MICKEY HWANG, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02033-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |

| | |
|---|---|
| SOPHIE CAHEN VORBURGER, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02045-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| DANA KERR, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02075-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| DERRICK VINES and BRADFORD WICKS, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02085-NIQA |
| Plaintiffs, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |

| | |
|---|---|
| GRIFFIN R. WAGNER, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02119-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| JEROME FRASIER, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02121-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| DUSTIN BUSBY, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02129-TJS |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |

| | |
|---|---|
| TIMOTHY COURTNEY, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02153-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC. d/b/a FBCS, INC., | |
| Defendant. | |
| ONIEQUE MORGAN, individually and on behalf of all others similarly situated, | Case No. 2:24-cv-02163-NIQA |
| Plaintiff, | CLASS ACTION |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |

**COORDINATED PLAINTIFFS' RESPONSE TO INTERVENOR BUSBY'S MOTION TO INTERVENE AND SET DEADLINE FOR MOTIONS TO APPOINT INTERIM CO-LEAD COUNSEL**

**A.    Relevant Background**

These putative class actions arise out of a data breach at Defendant Financial Business and Consumer Solutions, Inc. ("FBCS") that compromised the sensitive information of over 3.2 million people.[1] Plaintiff Marc Reichbart filed the initial case in this Court on May 2, 2024. Since

---

[1] *See* https://apps.web.maine.gov/online/aeviewer/ME/40/831407a3-f5cb-4531-968f-8b507ee993dd.shtml (last visited June 3, 2024).

1

that time, 13 additional related cases have been filed.

On May 6, 2024, Plaintiff Reichbart filed a motion seeking to consolidate his case with the second-filed case (filed by Plaintiff Stallone), along with other related cases that may be subsequently filed, pursuant to Fed. R. Civ. P. 42. ECF No. 3. That motion also sought to appoint Plaintiffs' counsel in the *Reichbart* and *Stallone* actions as interim co-lead counsel pursuant to Fed. R. Civ. P. 23(g). ECF No. 3.

On May 22, 2024, Plaintiff Reichbart filed an amended motion to consolidate and appoint class counsel ("Amended Motion"). ECF No. 8. The Amended Motion sought to consolidate the 14 cases then pending in this Court and requested that the Court appoint a more inclusive leadership team comprised of Plaintiffs' counsel in several of the cases that were filed subsequent to the initial *Reichbart* and *Stallone* actions. *Id.* As explained in the Amended Motion, Plaintiffs' counsel attempted to self-organize the initial group of cases in a manner consistent with the private ordering process called for under the Manual for Complex Litigation and in Judge Wolson's opinion in *Nelson v. Connexin Software Inc.*, No. 2:22-cv-04676-JDW, 2023 WL 2721657 (E.D. Pa. Mar. 30, 2023).

On May 24, 2024, counsel for FBCS filed a response to the Amended Motion indicating that FBCS 1) does not oppose the request to consolidate the 14 cases pending against it in this Court and 2) takes no position on the requested lead counsel appointments. ECF No. 12.

On May 31, 2024, counsel for Intervenor Dustin Busby – who filed case number 12 on May 17 – filed a motion to intervene and to set a deadline for filing motions to appoint interim co-lead counsel.

B. **Response to Intervenor Busby's May 31 Motion**

Plaintiff Reichbart and the other Plaintiffs who joined in Reichbart's Amended Motion do

2

not oppose Intervenor Busby's motion to the extent it requests that the Court set a deadline of June 7, 2024 for competing or alternative motions for appointment of lead counsel.

Plaintiff Reichbart takes no position on Intervenor Busby's request to intervene in his case, other than to note that the motion does not specify whether Busby seeks intervention as of right under Fed. R. Civ. P. 24(a) or permissive intervention under Fed. R. Civ. P. 24(b), nor does the motion explain how the applicable Fed. R. Civ. P. 24 factors are satisfied in this case.

On June 3, 2024, Coordinated Plaintiffs' counsel conferred with counsel for Intervenor Busby about Busby's motion. With the private ordering process in mind, and in hopes of avoiding a contested lead counsel proceeding, Coordinated Plaintiffs' counsel offered Intervenor Busby's counsel—Mr. Yanchunis from Morgan & Morgan—an opportunity to join Coordinated Plaintiffs' proposed leadership team as a member of the proposed executive committee. Counsel for Intervenor Busby rejected the offer.

Respectfully submitted,

Dated: June 3, 2024

*/s/ Andrew Ferich*
**AHDOOT & WOLFSON, PC**
Andrew W. Ferich (PA I.D. 313696)
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: (310) 474-9111
Fax: (310) 474-8585
aferich@ahdootwolfson.com

Melissa Clark*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
Tel.: (310) 474-9111
Fax: (310) 474-8585
mclark@ahdootwolfson.com

Kristen Lake Cardoso*
Jeff Ostrow*
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
cardoso@kolawyers.com
ostrow@kolawyers.com

Charles E. Schaffer
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
Fax: 215-592-4663
cschaffer@lfsblaw.com

*Proposed Interim Co-Lead Counsel*

Mariya Weekes*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
201 Sevilla Avenue, 2ND Floor
Coral Gables, FL 33134
Tel: (786) 879-8200
mweekes@milberg.com

Gary M. Klinger*
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866-252-0878
Fax: 865-522-0049
gklinger@milberg.com

Gary F. Lynch (PA 56887)
Connor P. Hayes (PA 330447)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T: (412) 322-9243
gary@lcllp.com
connorh@lcllp.com

4

Jennifer M. French*
**LYNCH CARPENTER, LLP**
1234 Camino Del Mar
Del Mar, CA 92014
T:(619) 762-1910
jennf@lcllp.com

Tyler J. Bean*
**SIRI & GLIMSTAD LLP**
74 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
tbean@sirillp.com

*Proposed Plaintiffs Executive Committee*

Benjamin F. Johns (PA ID 201373)
Samantha E. Holbrook (PA ID 311829)
**SHUB & JOHNS LLC**
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
Conshohocken, PA 19428
Phone: (610) 477-8380
bjohns@shublawyers.com
sholbrook@shublawyers.com

*Proposed Plaintiffs Liaison Counsel*

\**pro hac vice* pending or to be filed

6

**Certificate of Service**

The undersigned certifies that on this 3rd day of June 2024, a true and correct copy of the above and foregoing was filed with the Clerk of Court via the Court's CM/ECF system for electronic service on all counsel of record.

Dated: June 3, 2024                               /s/ Andrew Ferich
                                                  Andrew Ferich (PA I.D. 313696)