## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARC REICHBART,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-1876** |
| **v.** | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **JOSEPH STALLONE,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-1901** |
| **v.** | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **ALISON CROTEAU,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-1946** |
| **v.** | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **KEVIN BROOKS,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2007** |
| **v.** | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **JESSE R. APTHORP,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2024** |
| v. | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **MICKEY HWANG,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2033** |
| v. | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **SOHPIE CAHEN VORBURGER,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2045** |
| v. | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **DANA KERR,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2075** |
| v. | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **DEREK VINES and BRADFORD WICKS,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | **NO. 24-2085** |
| v. | : | |
| | : | |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

---

| | | |
|---|---|---|
| **GRIFFIN R. WAGNER,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2119** |
| v. | : | |
| | : | |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

---

| | | |
|---|---|---|
| **JEROME FRASIER,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2121** |
| v. | : | |
| | : | |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

---

| | | |
|---|---|---|
| **DUSTIN BUSBY,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2129** |
| v. | : | |
| | : | |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

---

| | | |
|---|---|---|
| **TIMOTHY COURTNEY,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2153** |
| **v.** | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

| | | |
|---|---|---|
| **ONIEQUE MORGAN,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 24-2163** |
| **v.** | : | |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.,** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW**, this 5th day of June 2024, upon consideration of Plaintiff Dustin Busby's *motion to intervene and set deadline for motions to appoint interim co-lead class counsel*, filed in *Reichbart v. Financial Business and Consumer Solutions, Inc.*, No. 24-cv-1876, (ECF 16), it is hereby **ORDERED** that the motion is **GRANTED**.[1]   Accordingly, the parties in the above captioned cases have until June 20, 2024, to respond to Plaintiff Marc Reichbart's *amended motion to consolidate cases and appoint interim co-lead class counsel*, filed in No. 24-cv-1876, (ECF 8).

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]   Plaintiff Busby's motion to intervene is granted as to the issue of Plaintiff Reichbart's motion to consolidate cases and appoint interim co-lead class counsel.

4