IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARC REICHBART,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 24-1876 |
| **v.** | : | (Lead Case) |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 16th day of September 2024, upon consideration of the *Suggestion of Bankruptcy* filed by Defendant Financial Business and Consumer Solutions, Inc. ("Defendant"), in which Defendant represents that on August 29, 2024, Defendant filed a voluntary Chapter 7 petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania, styled Bankruptcy Case No. 24-13029-AMC, (ECF 27), it is hereby **ORDERED** that an automatic **STAY** is imposed in this matter pursuant to the automatic bankruptcy stay provision of 11 U.S.C. § 362. The parties are to file a joint report providing the status of the bankruptcy proceeding and this matter by February 11, 2025.

                                      **BY THE COURT:**

                                      /s/ *Nitza I. Quiñones Alejandro*
                                      **NITZA I. QUIÑONES ALEJANDRO**
                                      *Judge, United States District Court*