IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARC REICHBART,** *et al.* | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 24-1876 |
| **v.** | : | **(Lead Case)** |
| | : | |
| **FINANCIAL BUSINESS AND** | : | |
| **CONSUMER SOLUTIONS, INC.** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 6th day of January 2025, upon consideration of Plaintiffs' *notice of filing*, (ECF 34), informing this Court of the Consent Order between the Chapter 7 Trustee and Plaintiffs entered in the case captioned In re: Financial Business and Consumer Solutions, Inc., No. 24-13029-amc, pending before the Honorable Ashely M. Chan in the United States Bankruptcy Court for the Eastern District of Pennsylvania, (Ex. A),[1] it is hereby **ORDERED** that the stay in this matter is **LIFTED**. The parties are to file a joint report by January 21, 2025, addressing the status of this matter and how it should proceed.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The Consent Order lifts the automatic stay for the purpose of continuing and pursuing this action in order to, *inter alia*, create and seek certification of a settlement class.