**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID ROBERT HASELTINE,** *et al.* : | CIVIL ACTION |
| *Plaintiffs* : | |
| : | NO. 24-1876 |
| v. : | (Lead Case) |
| : | |
| **FINANCIAL BUSINESS AND** : | |
| **CONSUMER SOLUTIONS, INC.** : | |
| *Defendant* : | |

**O R D E R**

**AND NOW**, this 27th day of February 2025, upon consideration of the Plaintiffs' and Chapter 7 Trustee's *joint report*, (ECF 37), it is hereby **ORDERED** that this matter and the matter styled *Crum & Forster Specialty Insurance Company v. Financial Business and Consumer Solutions Inc.,* Case No. 24-4783, are referred to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, for a settlement conference.[1]  Counsel, the parties, and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] This referral was precipitated by the Honorable Michael Baylson and discussed with the Honorable Chief Judges Mitchell Goldberg and Ashely Chan, who concur with this referral.  Accordingly, the Parties are directed to attend a settlement conference to be scheduled by Magistrate Judge Sitarski.  Plaintiffs' counsel is to provide notice of this Order to the parties in *In re Financial Business and Consumer Solutions, Inc.*, Case No. 24-13029.