**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

DAVID ROBERT HASELTINE, NATALIE CASTELLANOS FLORES, DANIEL WALLACE, JEFFREY ELLISON, DANIEL KRAUSER, AMELIO OSORIO, MICKEY HWANG, RONNIE MORROW, SR., EVELYN MALONE, DEBORAH REYNOLDS, and DAN WHATLEY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,

Defendant.

Case No. 2:24-cv-01876-NIQA

**PLAINTIFFS' MOTION TO STAY DEADLINES IN RELATED CASES**

Plaintiffs David Robert Haseltine, Natalie Castellanos Flores, Daniel Wallace, Jeffrey Ellison, Daniel Krauser, Amelio Osorio, Mickey Hwang, Ronnie Morrow, Sr., Evelyn Malone, Deborah Reynolds, and Dan Whatley, as well as the Plaintiffs in each of the related cases listed below ("Related Cases"), move this Court to stay all deadlines in this action and each Related Case pending resolution of the potential consolidation issue the Court raised in its February 27, 2025 Order. *See* ECF No. 44.

The Court ordered briefing on the issue of consolidation of the Related Cases, to conclude on April 21, 2025, and then will presumably issue a ruling on the issue. In the interests of efficiency and conservation of party and Court resources, all motion to dismiss briefing (and other deadlines) in this and the Related Cases should be stayed pending the Court's decision on the consolidation

issue. This will permit the Parties to devote their time addressing the consolidation issue and allow the Court to consider their submissions, while avoiding perpetual requests for deadline extensions and having to consider motions to dismiss and other issues raised in this action and the Related Cases in piecemeal fashion. After the Court considers the submissions and issues a ruling on the question of consolidation, the Parties may request and/or the Court may set new deadlines for filing an amended complaint(s) and motion to dismiss briefing.[1]

The Related Cases pending in this District, which, as the Court notes, name FBCS customers as party Defendants, are as follows:

- *Hamilton v. Ally Financial Inc., et al.*, No. 2:25-cv-00629 (E.D. Pa.);
- *Mitchell v. Cascade Capital Funding, LLC, et al.*, No. 2:24-cv-06075 (E.D. Pa.);
- *Popescu v. CF Medical, LLC, et al.*, No. 2:24-cv-05443 (E.D. Pa.);
- *Ulbrich v. Elan Financial Services, et al.*, No. 2:24-cv-05419 (E.D. Pa.);
- *Pickering v. Envision Healthcare Operating Inc., et al.*, No. 2:24-cv-05472 (E.D. Pa.);
- *Arrington v. First Financial Investment Fund III, LLC, et al.*, No. 2:24-cv-06650 (E.D. Pa.);
- *Smith v. First Portfolio Ventures I, LLC, et al.*, No. 2:24-cv-05864 (E.D. Pa.);
- *Martinez v. Kohl's, Inc., et al.*, No. 2:24-cv-05405 (E.D. Pa.); and
- *Capozzi v. Merrick Bank, et al.*, No. 2:24-cv-05420 (E.D. Pa.).

[1] In addition, on February 27, 2025, the Court ordered a settlement conference in this action. *See* ECF No. 43.

For the foregoing reasons, Plaintiffs request an Order staying all deadlines in this action and each of the Related Cases pending the Parties' submissions and the Court's ruling on the potential consolidation issue.

On February 27, 2025, undersigned Interim Class Counsel sent counsel for FBCS and all Defendants in the Related Cases an email 1) serving the Orders issued by the Court at ECF Nos. 43, 44, and 45; and 2) requesting each Defendant's position on this motion.

Counsel for Defendant FBCS indicated that FBCS **does not oppose** the motion.

Counsel for Defendants Ally Financial Inc., a defendant in *Hamilton v. Ally Financial Inc., et al.* No. 2:25-cv-00629 (E.D. Pa.), Cascade Capital Funding, LLC, a defendant in *Mitchell v. Cascade Capital Funding, LLC, et al.* No. 2:24-cv-06075 (E.D. Pa.), CF Medical, LLC, a defendant in *Popescu v. CF Medical, LLC, et al.* No. 2:24-cv-05443 (E.D. Pa.), Envision Operating Healthcare, Inc., a defendant in *Pickering v. Envision Healthcare Operating Inc., et al.* No. 2:24-cv-05472 (E.D. Pa.), Kohl's, Inc., a defendant in *Martinez v. Kohl's, Inc., et al.* No. 2:24-cv-05405 (E.D. Pa.), and Merrick Bank, a defendant in *Capozzi v. Merrick Bank, et al.* No. 2:24-cv-05420 (E.D. Pa.) indicated that those Defendants oppose the motion.

Counsel for Defendants Elan Financial Services, a defendant in *Ulbrich v. Elan Financial Services, et al.* No. 2:24-cv-05419 (E.D. Pa.), First Financial Investment Fund III, LLC, a defendant in *Arrington v. First Financial Investment Fund III, LLC et al.* No. 2:24-cv-06650 (E.D. Pa.), and First Portfolio Ventures I, LLC, a defendant in *Smith v. First Portfolio Ventures I, LLC, et al.* No. 2:24-cv-05864 (E.D. Pa.) did not respond to our request for a position.

Dated: February 28, 2025

Respectfully submitted,

By: /s/ Andrew Ferich

**AHDOOT & WOLFSON, PC**
Andrew W. Ferich (PA I.D. 313696)

201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: 310-474-9111
Fax: 310-474-8585
aferich@ahdootwolfson.com

Jeff Ostrow (admitted *pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

Charles E. Schaffer (PA I.D. 76259)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

John A. Yanchunis (admitted *pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street, 7th Floor
Tampa, FL 33602
Tel: 813-223-5505
JYanchunis@forthepeople.com

*Interim Co-Lead Class Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February 2025, I served the foregoing document upon all parties of record in this proceeding via the Court's ECF system.

*/s/ Andrew W. Ferich*
Andrew W. Ferich (PA I.D. 313696)