**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID ROBERT HASELTINE, NATALIE CASTELLANOS FLORES, DANIEL WALLACE, JEFFREY ELLISON, DANIEL KRAUSER, AMELIO OSORIO, MICKEY HWANG, RONNIE MORROW, SR., EVELYN MALONE, DEBORAH REYNOLDS, and DAN WHATLEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | Case No. 2:24-cv-01876-NIQA |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO**
**STAY DEADLINES IN RELATED CASES**

THIS MATTER, having come before the Court by the Plaintiffs in this case and the Related Cases by their Motion to Stay Deadlines in Related Cases ("Motion"), and the Court having reviewed the papers and for good cause shown, **IT IS ORDERED** that the Motion is **GRANTED** as follows:

All deadlines in this case and the Related Cases listed below are hereby **STAYED** pending the parties' submissions ordered in ECF No. 44 on potential consolidation of the Related Cases and the Court's ruling on that issue.

- *Hamilton v. Ally Financial Inc., et al.*, No. 2:25-cv-00629 (E.D. Pa.);
- *Mitchell v. Cascade Capital Funding, LLC, et al.*, No. 2:24-cv-06075 (E.D. Pa.);

- *Popescu v. CF Medical, LLC, et al.*, No. 2:24-cv-05443 (E.D. Pa.);
- *Ulbrich v. Elan Financial Services, et al.*, No. 2:24-cv-05419 (E.D. Pa.);
- *Pickering v. Envision Healthcare Operating Inc., et al.*, No. 2:24-cv-05472 (E.D. Pa.);
- *Arrington v. First Financial Investment Fund III, LLC, et al.*, No. 2:24-cv-06650 (E.D. Pa.);
- *Smith v. First Portfolio Ventures I, LLC, et al.*, No. 2:24-cv-05864 (E.D. Pa.);
- *Martinez v. Kohl's, Inc., et al.*, No. 2:24-cv-05405 (E.D. Pa.); and
- *Capozzi v. Merrick Bank, et al.*, No. 2:24-cv-05420 (E.D. Pa.).

**IT IS SO ORDERED.**

Dated ____________________, 2025

____________________________________
HONORABLE NITZA QUIÑONES ALEJANDRO
UNITED STATES DISTRICT JUDGE