IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID ROBERT HASELTINE, et al.,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | No.: 24-cv-1876-NIQA |
| | : | (Lead Case) |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,** | : | |
| Defendant. | : | |

| | | |
|---|---|---|
| **CRUM & FORSTER SPECIALTY INSURANCE COMPANY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 24-cv-4783-MMB |
| | : | |
| **FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., et al.,** | : | |
| Defendants. | : | |
| | : | |
| **FIRST FINANCIAL ASSET MANAGEMENT LLCS, et al.,** | : | |
| Intervenor Defendants. | : | |

**O R D E R**

AND NOW, this __27TH__ day of August, 2025, IT IS HEREBY ORDERED that the VIDEO SETTLEMENT CONFERENCE in the above-captioned case will **RECONVENE** on **Thursday, September 18, 2025, at 10:00 A.M.** The Zoom conference shall be set up by the Court. The Court will supply counsel with the Zoom link, or other needed information, by 4 p.m. on Friday, September 12, 2025.

- Please notify the Court if settlement is not a real possibility.

- Parties/client representatives with full and complete settlement authority must be present for the duration of the conference.[1] **Full and complete authority means the party must possess authority consistent with the most recent demand**.

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case must attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

- Lead Trial Counsel for each party must be present at the Conference.  Counsel are expected to be fully familiar with the facts of the case, the legal theories supporting their client's claims or defenses, and the procedural posture of the case.

- ALL PARTICIPANTS must review and adhere to the Court's Protocols for Remote Video Proceedings in The United States District Court for the Eastern District of Pennsylvania.  Counsel are specifically directed to ensure their clients review and adhere to this Protocol.  Link: https://www.paed.uscourts.gov/sites/paed/files/documents/Protocols%20for%20Remote%20Proceedings.pdf.

**Failure to comply with this Order may result in the imposition of sanctions.**

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

COPIES BY ECF:

All Counsel of Record