**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID ROBERT HASELTINE, et al.,** : | **CIVIL ACTION** |
| Plaintiffs, : | |
| : | |
| v. : | **No.: 24-cv-1876-NIQA** |
| : | (Lead Case) |
| **FINANCIAL BUSINESS AND CONSUMER** : | |
| **SOLUTIONS, INC.,** : | |
| Defendant. : | |

| | | |
|---|---|---|
| **CRUM & FORSTER SPECIALTY** : | **CIVIL ACTION** |
| **INSURANCE COMPANY,** : | |
| Plaintiff, : | |
| : | |
| v. : | **No.: 24-cv-4783-MMB** |
| : | |
| **FINANCIAL BUSINESS AND CONSUMER** : | |
| **SOLUTIONS, INC., et al.,** : | |
| Defendants. : | |
| : | |
| **FIRST FINANCIAL ASSET** : | |
| **MANAGEMENT LLCS, et al.,** : | |
| Intervenor Defendants. : | |

## **MOTION AND ORDER**

AND NOW, this 14TH day of October, 2025, the Court having received an email request from all parties to reschedule the settlement conference, it is ORDERED that the request is treated as a motion, and upon consideration the motion is GRANTED.

                                                        BY THE COURT:

                                                        /s/ Lynne A. Sitarski
                                                        LYNNE A. SITARSKI
                                                        United States Magistrate Judge