## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID ROBERT HASELTINE, *et al.*, | **CIVIL ACTION** |
| Plaintiffs, | No.: 24-cv-01876-NIQA |
| v. | (Lead Case) |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., | |
| Defendant. | |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY, | **CIVIL ACTION** |
| Plaintiff, | No.: 24-cv-04783-MMB |
| v. | |
| FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., *et al.*, | |
| Defendants. | |

**JOINT REPORT REGARDING SETTLEMENT CONFERENCE**

Plaintiffs David Robert Haseltine, Natalie Castellanos Flores, Daniel Wallace, Jeffrey Ellison, Daniel Krauser, Amelio Osorio, Mickey Hwang, Ronnie Morrow, Sr., Evelyn Malone, Deborah Reynolds, and Dan Whatley in the above-captioned *Haseltine* action ("*Haseltine*"), who are likewise proposed Intervenors in the above *Crum & Forster* interpleader action ("Interpleader Action"), together with the Defendants in the various spoke defendant actions[1] ("Spoke Actions"); Plaintiff Crum & Forster Specialty Insurance Company[2] ("Interpleader Plaintiff"); the Defendants in the Interpleader Action ("Interpleader Defendants");[3] and the intervenor-Defendants and proposed intervenors ("Intervenors") in the Interpleader Action[4] submit this Joint Report, and advise the Court as follows:

---

[1] The Spoke-Actions are: *Hamilton v. Ally Financial Inc., Ally Bank, and Financial Business and Consumer Solutions*, No. 2:25-cv-00629-NIQA (E.D. Pa.); *Mitchell, v. Cascade Capital Funding, LLC, and Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-06075-NIQA (E.D. Pa.); *Popescu v. CF Medical, LLC d/b/a CAPIO, and Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-05443-NIQA (E.D. Pa.); *Rachau v. CF Medical, LLC*, No. 2:25-cv-01257-NIQA (E.D. Pa.); *Ulbrich v. Elan Financial Services, and Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-05419-NIQA (E.D. Pa.); *Pickering v. Envision Healthcare Operating Inc., and Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-05472-NIQA (E.D. Pa.); *Arrington v. First Financial Investment Fund III, LLC, and Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-06650-NIQA (E.D. Pa.); *Smith v. First Portfolio Ventures, I, LLC, and Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-05864-NIQA (E.D. Pa.); *Martinez v. Kohl's Inc., and Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-05405-NIQA (E.D. Pa.); and *Capozzi v. Merrick Bank, and Financial Business and Consumer Solutions, Inc.*, No. 2:24-cv-05420-NIQA (E.D. Pa.). Ally Financial Inc., Ally Bank, Kohl's, Inc., Merrick Bank, and U.S. Bank, N.A. d/b/a Elan Financial Services each disputes it is a "spoke" of FBCS and each disputes the lawsuit against it is properly characterized as a "spoke action."

[2] Plaintiff Crum & Forster Specialty Insurance Company takes no position on this report.

[3] The Interpleader Defendants include Financial Business and Consumer Solutions, Inc.; Christine C. Shubert, as Chapter 7 Trustee of Financial Business and Consumer Solutions, Inc.; Transworld Systems, Inc.; Cascade Receivables Management LLC; Harvest Strategy Group; Kohl's, Inc.; Cavalry Portfolio Services, LLC; and Investinet.

[4] The Intervenors (inclusive of proposed intervenors) include Exeter Finance LLC; Comcast Cable Communications Management, LLC; First Financial Asset Management LLC; and David Robert Haseltine, et al. U.S. Bank d/b/a Elan Financial Services intends to move to intervene in the interpleader action when, and if, the stay is lifted.

2

1. On May 1, 2025, the Honorable Lynne A. Sitarski, United States Magistrate Judge for the Eastern District of Pennsylvania, issued orders scheduling a settlement conference in the above-captioned actions. *See Haseltine,* ECF No. 51; Interpleader Action, ECF No. 100.

2. On June 5, 2025, all interested parties participated in a virtual settlement conference before Judge Sitarski, however, the parties were unable to achieve a resolution at that time.

3. Judge Sitarski subsequently set a follow-up settlement conference for July 24, 2025.

4. On June 25, 2025, Plaintiffs in *Haseltine* and the Spoke Actions sent a Fed. R. Evid. 408 global settlement demand to all defendants and potential settling parties and provided the demand to Judge Sitarski.

5. On July 24, 2025, all interested parties participated in the reconvened virtual settlement conference before Judge Sitarski.

6. While the parties made additional progress at the July 24 settlement conference, they were not able to resolve the litigation.

7. Following that conference, Judge Sitarski stated that there will be a third settlement conference set for mid-September 2025. Judge Sitarski worked with the parties to schedule the third conference for September 18, 2025.

8. The parties have continued to confer since the July 24 conference and are discussing the potential for additional information sharing in order to facilitate productive resolution discussions. The parties informed Judge Sitarski that they require additional time before the next settlement conference in order to allow for this potential information sharing. Accordingly, the September 18 settlement conference was postponed, and the parties were working to reschedule it for mid-October. Due to scheduling conflicts, the next settlement conference is now scheduled for November 3, 2025 at 2:00 p.m.

9. The parties are hopeful for continued progress and a potential global resolution at the next settlement conference.

10. Accordingly, the parties jointly request that all proceedings in the above-captioned actions remain stayed pending the outcome of the November 3, 2025 settlement conference with Judge Sitarski.[5]

Respectfully submitted this 20th day of October, 2025.

/s/ Andrew Ferich
Andrew W. Ferich (PA I.D. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: 310-474-9111
Fax: 310-474-8585
aferich@ahdootwolfson.com

Jeff Ostrow (admitted *pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

Charles E. Schaffer (PA I.D. 76259)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

/s/ Michael G. Menkowitz (w/consent )
Michael G. Menkowitz (PA I.D. 60412)
Robert H. Eisentrout (PA I.D. 331948)
**FOX ROTHSCHILD LLP**
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Tel: 215-299-2756
Fax: 215-299-2150
mmenkowitz@foxrothschild.com
reisentrout@foxrothschild.com

***Counsel to Defendant Financial Business and Consumer Solutions, Inc., as well as Christine C. Shubert in her capacity as the Chapter 7 Trustee for FBCS***

[Signatures continued on next page.]

---

[5] Intervenor-Defendant, Comcast Cable Communications Management, is not a Spoke Defendant and is not participating in this settlement.

John A. Yanchunis (admitted *pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, FL 33602
Tel: 813-223-5505
JYanchunis@forthepeople.com

*Interim Co-Lead Counsel for Class Plaintiffs*

*/s/ Brandon D. Almond (w/consent)*
Brandon D. Almond (admitted *pro hac vice*)
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
401 9th Street, N.W. Suite 1000
Washington, D.C. 20004-2134
T: (202) 274-2864
E: brandon.almond@troutman.com

Brian H. Callaway
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: 215-981-4428
Brian.callaway@troutman.com

Thomas S. Hay
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Union Trust Building
201 Grant Street, Suite 300
Pittsburgh, PA 15219
T: (412) 454-5812
E: Thomas.hay@troutman.com

*Counsel for Plaintiff, Crum & Forster Specialty Insurance Company in No. 24-cv-04783-MMB*

*/s/ Ryan T. Garippo (w/consent)*
Gerald L. Maatman, Jr. (admitted *pro hac vice*)
Jennifer A. Riley (admitted *pro hac vice*)
Ryan T. Garippo (admitted *pro hac vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
T: (312) 499-6700
E: gmaatman@duanemorris.com
E: jariley@duanemorris.com
E: rgarippo@duanemorris.com

Lynne E. Evans
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
T: (215) 979-1102
E: leevans@duanemorris.com

*Counsel for Elan Financial Services, No. 24-cv-05419-NIQA*

*/s/ Glenn T. Graham (w/consent)*
Lauri A. Mazzuchetti (admitted *pro hac vice*)
Whitney M. Smith (admitted *pro hac vice*)
Glenn T. Graham (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
T: (973) 503-5900
E: lmazzuchetti@kelleydrye.com
E: wsmith@kelleydrye.com
E: ggraham@kelleydrye.com

Steven W. Schlesinger
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
T: (212) 808-7740
E: sschlesinger@kelleydrye.com

*Counsel for Defendant, Kohl's, Inc. in Crum & Forster Action, No. 24-cv-04783-MMB and in Martinez Action, No. 24-cv-05405-NIQA*

5

*/s/ Brendan H. Little (w/consent)*
Brendan H. Little
**LIPPES MATHIAS LLP**
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
T: (716) 853-5100
E: blittle@lippes.com

*Counsel for Defendant, Cascade Receivables Management, LLC in Crum & Forster Action, No. 24-cv-04783-MMB*

*/s/ Aaron S. Applebaum (w/consent)*
R. Craig Martin
Aaron S. Applebaum
**DLA PIPER LLP (US)**
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
T: (302) 468-5700
E: craig.martin@us.dlapiper.com
E: aaron.applebaum@us.dlapiper.com

*Counsel for Defendant, Cavalry Portfolio Services, LLC in Crum & Forster Action, No. 24-cv-04783-MMB*

*/s/ Richard L. Green (w/consent)*
Richard L. Green (admitted *pro hac vice*)
**GORDON REES SCULLY MANSUKHANI**
755 Main Street, Suite 1700
Hartford, CT 06103
T: (860) 494-7538
E: rlgreen@grsm.com

Justin M. Holmes
**GORDON REES SCULLY MANSUKHANI**
Three Logan Square
1717 Arc Street, Suite e610
Philadelphia, PA 19103
T: (212) 453-0787
E: jholmes@grsm.com

Kevin Lizon (admitted *pro hac vice*)
**GORDON REES SCULLY MANSUKHANI**
755 Main Street, Suite 1700
Hartford, CT 06103
T: (860) 780-5716
E: klizon@grsm.com

*/s/ Michael T. Etmund (w/consent)*
Michael T. Etmund
**MOSS & BARNETT**
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402-4129
T: (612) 877-5000
E: mike.etmund@lawmoss.com

*Counsel for Defendant, InvestiNet, LLC in Crum & Forster Action, No. 24-cv-04783-MMB*

*/s/ Nicholas B. Reuhs (w/consent)*
Nicholas B. Reuhs (admitted *pro hac vice*)
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
T: (317) 236-2160
E: Nicholas.Reuhs@icemiller.com

Jacqueline Lesser
**ICE MILLER LLP**
1735 Market Street, Suite 3900
Philadelphia, PA 19103
T: (215) 982-5165
E: Jacqueline.Lesser@icemiller.com

*Counsel for Defendant, Transworld Systems, Inc. in Crum & Forster Action, No. 24-cv-04783-MMB*

*/s/ Benjamin R. Wilson (w/consent)*
Benjamin R. Wilson
**HOLLAND & KNIGHT LLPs**
1650 Market Street, Suite 3300
Philadelphia, PA 19104
T: (215) 252-9600
benjamin.wilson@hklaw.com

*Counsel for Intervenor-Defendant, Comcast Cable Communications Management, LLC in Crum & Forster Action, No. 24-cv-04783-MMB*

*/s/ Deenah Sirota (w/consent)*
Deenah Sirota
**STRADLEY RONON STEVENS & YOUNG, LLP**
457 Haddonfield Road, Suite 100

***Counsel for Defendant, Harvest Strategy Group in Crum & Forster Action, No. 24-cv-04783-MMB***

*/s/ Adam Kominsky (w/consent)*
Adam Kominsky (admitted *pro hac vice*)
**PIERSON FERDINAND**
1270 Avenue of the Americas
7th Floor, Suite1050
New York, NY 10020
Phone: (917) 203-9777
adam.kominsky@pierferd.com

***Counsel for Defendant, First Financial Asset Management, LLC in Crum & Forster Action, No. 24-cv-04783-MMB; Defendant in Arrington v. First Financial Investment Fund III, LLC, and Financial Business and Consumer Solutions, Inc., No. 2:24-cv-06650-NIQA (E.D. Pa.); Defendant in Smith v. First Portfolio Ventures, I, LLC, and Financial Business and Consumer Solutions, Inc., No. 2:24-cv-05864-NIQA (E.D. Pa.)***

Cherry Hill, NJ 08002
T: (856) 414-6359
E: dsirota@stradley.com

***Counsel for Intervenor-Defendant, Exeter Finance LLC in Crum & Forster Action, No. 24-cv-04783-MMB***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of October 2025, a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to received electronic notices of filing.

*/s/ Andrew W. Ferich*
Andrew W. Ferich (PA I.D. 313696)