**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID ROBERT HASELTINE, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC.,<br><br>Defendant. | **CIVIL ACTION**<br><br>No.: 24-cv-01876-NIQA<br>(Lead Case) |
| CRUM & FORSTER SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., *et al.*,<br><br>Defendants. | **CIVIL ACTION**<br><br>No.: 24-cv-04783-MMB |

**JOINT REPORT REGARDING SETTLEMENT CONFERENCE**

Plaintiffs David Robert Haseltine, Natalie Castellanos Flores, Daniel Wallace, Jeffrey Ellison, Daniel Krauser, Amelio Osorio, Mickey Hwang, Ronnie Morrow, Sr., Evelyn Malone, Deborah Reynolds, and Dan Whatley in the above-captioned *Haseltine* action ("*Haseltine*"), together with the Defendants in the various spoke defendant actions[1] ("Spoke Actions"); Plaintiff Crum & Forster Specialty Insurance Company[2] ("Interpleader Plaintiff"); the Defendants in the Interpleader Action ("Interpleader Defendants");[3] and the intervenor-Defendants and proposed intervenors ("Intervenors") in the Interpleader Action[4] submit this Joint Report regarding settlement in this matter, and advise the Court as follows:

1. In early 2026, with the assistance of the Honorable Lynne A. Sitarski, United States Magistrate Judge for the Eastern District of Pennsylvania, the parties to this litigation and the

---

[1] The Spoke-Actions are: *Hamilton v. Ally Financial Inc., Ally Bank, and Financial Business and Consumer Solutions*, No. 2:25-cv-00629-NIQA (E.D. Pa.); *Mitchell, v. Cascade Capital Funding, LLC, and Financial Business and Consumer Solutions, Inc*., No. 2:24-cv-06075-NIQA (E.D. Pa.); *Popescu v. CF Medical, LLC d/b/a CAPIO, and Financial Business and Consumer Solutions, Inc*., No. 2:24-cv-05443-NIQA (E.D. Pa.); *Rachau v. CF Medical, LLC*, No. 2:25-cv-01257-NIQA (E.D. Pa.); *Ulbrich v. Elan Financial Services, and Financial Business and Consumer Solutions, Inc*., No. 2:24-cv-05419-NIQA (E.D. Pa.); *Pickering v. Envision Healthcare Operating Inc., and Financial Business and Consumer Solutions, Inc*., No. 2:24-cv-05472-NIQA (E.D. Pa.); *Arrington v. First Financial Investment Fund III, LLC, and Financial Business and Consumer Solutions, Inc*., No. 2:24-cv-06650-NIQA (E.D. Pa.); *Smith v. First Portfolio Ventures, I, LLC, and Financial Business and Consumer Solutions, Inc*., No. 2:24-cv-05864-NIQA (E.D. Pa.); *Martinez v. Kohl's Inc., and Financial Business and Consumer Solutions, Inc*., No. 2:24-cv-05405-NIQA (E.D. Pa.); and *Capozzi v. Merrick Bank, and Financial Business and Consumer Solutions, Inc*., No. 2:24-cv-05420-NIQA (E.D. Pa.). Ally Financial Inc., Ally Bank, Kohl's, Inc., Merrick Bank, and U.S. Bank, N.A. d/b/a Elan Financial Services each disputes it is a "spoke" of FBCS and each disputes the lawsuit against it is properly characterized as a "spoke action."

[2] Plaintiff Crum & Forster Specialty Insurance Company takes no position on this report.

[3] The Interpleader Defendants include Financial Business and Consumer Solutions, Inc.; Christine C. Shubert, as Chapter 7 Trustee of Financial Business and Consumer Solutions, Inc.; Transworld Systems, Inc.; Cascade Receivables Management LLC; Harvest Strategy Group; Kohl's, Inc.; Cavalry Portfolio, LLC; Exeter Finance LLC; and Investinet.

[4] The Intervenors (inclusive of proposed intervenors) include Comcast Cable Communications Management, LLC; First Financial Asset Management LLC.

Interpleader Action reached an agreement to settle on a class-wide basis. A term sheet was finalized in May 2026.

2. Since that time the parties have been drafting class action settlement papers. As part of the drafting process, the parties have also solicited comments from over a dozen entities that comprise the Interpleader Defendants and the defendants to the Spoke Actions. The parties are making progress towards finalizing the settlement papers and anticipate that Plaintiffs will be in a position to file a motion for preliminary approval within the next 45 days.

Respectfully submitted this 7th day of August, 2026.

[Signatures follow on next page]

*<u>/s/ Andrew Ferich</u>*
Andrew W. Ferich (PA I.D. 313696)
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650
Radnor, PA 19087
Tel.: 310-474-9111
Fax: 310-474-8585
aferich@ahdootwolfson.com

Jeff Ostrow (admitted *pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: 954-525-4100
ostrow@kolawyers.com

Charles E. Schaffer (PA I.D. 76259)
**LEVIN SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: 215-592-1500
cschaffer@lfsblaw.com

John A. Yanchunis (admitted *pro hac vice*)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 North Franklin Street 7th Floor
Tampa, FL 33602
Tel: 813-223-5505
JYanchunis@forthepeople.com

***Interim Co-Lead Counsel for Class Plaintiffs***

*<u>/s/ Brendan H. Little (w/consent)</u>*
Brendan H. Little
**LIPPES MATHIAS LLP**
50 Fountain Plaza, Suite 1700
Buffalo, NY 14202
T: (716) 853-5100
E: blittle@lippes.com

***Counsel for Defendant, Cascade Receivables Management, LLC in Crum & Forster Action, No. 24-cv-04783-MMB***

*<u>/s/ Michael G. Menkowitz (w/consent )</u>*
Michael G. Menkowitz (PA I.D. 60412)
Robert H. Eisentrout (PA I.D. 331948)
**FOX ROTHSCHILD LLP**
Two Commerce Square
2001 Market Street, Suite 1700
Philadelphia, PA 19103
Tel: 215-299-2756
Fax: 215-299-2150
mmenkowitz@foxrothschild.com
reisentrout@foxrothschild.com

***Counsel to Defendant Financial Business and Consumer Solutions, Inc., as well as Christine C. Shubert in her capacity as the Chapter 7 Trustee for FBCS, No. 2:24-bk-13029***

*<u>/s/ Ryan T. Garippo (w/consent)</u>*
Gerald L. Maatman, Jr. (admitted *pro hac vice*)
Jennifer A. Riley (admitted *pro hac vice*)
Ryan T. Garippo (admitted *pro hac vice*)
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
T: (312) 499-6700
E: gmaatman@duanemorris.com
E: jariley@duanemorris.com
E: rgarippo@duanemorris.com

Lynne E. Evans
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, PA 19103-4196
T: (215) 979-1102
E: leevans@duanemorris.com

***Counsel for Elan Financial Services, No. 24-cv-05419-NIQA***

*/s/ Aaron S. Applebaum (w/consent)*
R. Craig Martin
Aaron S. Applebaum
**DLA PIPER LLP (US)**
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
T: (302) 468-5700
E: craig.martin@us.dlapiper.com
E: aaron.applebaum@us.dlapiper.com

***Counsel for Defendant, Cavalry Portfolio Services, LLC in Crum & Forster Action, No. 24-cv-04783-MMB***

*/s/ Richard L. Green (w/consent)*
Richard L. Green (admitted *pro hac vice*)
**GORDON REES SCULLY MANSUKHANI**
755 Main Street, Suite 1700
Hartford, CT 06103
T: (860) 494-7538
E: rlgreen@grsm.com

Justin M. Holmes
**GORDON REES SCULLY MANSUKHANI**
Three Logan Square
1717 Arc Street, Suite e610
Philadelphia, PA 19103
T: (212) 453-0787
E: jholmes@grsm.com

***Counsel for Defendant, Harvest Strategy Group in Crum & Forster Action, No. 24-cv-04783-MMB***

*/s/ Adam Kominsky (w/consent)*
Adam Kominsky (admitted *pro hac vice*)
**PIERSON FERDINAND LLP**
1270 Avenue of the Americas.
7th Floor, Suite1050 New York, NY
Phone: (917) 203-9777
adam.kominsky@pierferd.com
***Counsel for Intervenor-Defendant, First Financial Asset Management LLC in Crum & Forster Action, No. 24-cv-04783-MMB***

*s/ Glenn T. Graham (w/consent)*
Lauri A. Mazzuchetti (admitted *pro hac vice*)
Whitney M. Smith (admitted *pro hac vice*)
Glenn T. Graham (admitted *pro hac vice*)
**KELLEY DRYE & WARREN LLP**
7 Giralda Farms, Suite 340
Madison, NJ 07940
T: (973) 503-5900
E: lmazzuchetti@kelleydrye.com
E: wsmith@kelleydrye.com
E: ggraham@kelleydrye.com

Steven W. Schlesinger
**KELLEY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich Street
New York, NY 10007
T: (212) 808-7740
E: sschlesinger@kelleydrye.com

***Counsel for Defendant, Kohl's, Inc. in Crum & Forster Action, No. 24-cv-04783-MMB and in Martinez Action, No. 24-cv-05405-NIQA***

*/s/ Christopher Wood (w/consent)*
Christopher Wood (admitted *pro hac vice*)
**LEWIS, BRISBOIS, BISGAARD & SMITH, LLP**
1700 Lincoln Street, Suite 3500
Denver, CO 80203
T: (303) 861-7760
E: christopher.wood@lewisbrisbois.com

Andrew F. Albero
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 E. Swedesford Road, Suite 270
Wayne, PA 19087
T: (215) 977-4100
E: andrew.albero@lewisbrisbois.com

***Counsel for Merrick Bank, No. 24-cv-05420-NIQA***

*/s/ Benjamin R. Wilson (w/consent)*
Benjamin R. Wilson
**HOLLAND & KNIGHT LLP**
1650 Market Street, Suite 3300
Philadelphia, PA 19104
T: (215) 252-9600
benjamin.wilson@hklaw.com

***Counsel for Intervenor-Defendant, Comcast Cable Communications Management, LLC in Crum & Forster Action, No. 24-cv-04783-MMB***

*/s/ John S. Stapleton (w/consent)*
John S. Stapleton (PA I.D. 200872)
**STAPLETON SEGAL COCHRAN LLC**
1760 Market Street, Suite 403
Philadelphia, PA 19103
Tel.: (215) 561-1500
jstapleton@stapletonsegal.com

Nicole W. Friedlander (*pro hac vice*)
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
friedlandern@sullcrom.com

***Counsel for Ally Financial Inc. and Ally Bank***

*/s/ Deenah Z. Sirota (w/consent)*
Deenah Z. Sirota
**STRADLEY RONON STEVENS & YOUNG, LLP**
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Tel: (856) 414-6359
dsirota@stradley.com

***Counsel for Intervenor-Defendant, Exeter Finance LLC in Crum & Forster Action, No. 24-cv-04783-MMB***

*/s/ Michael T. Etmund (w/consent)*
Michael T. Etmund
**MOSS & BARNETT**
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402-4129
T: (612) 877-5000
E: mike.etmund@lawmoss.com

***Counsel for Defendant, InvestiNet, LLC in Crum & Forster Action, No. 24-cv-04783-MMB***

*/s/ Nicholas B. Reuhs (w/consent)*
Nicholas B. Reuhs (admitted *pro hac vice*)
**ICE MILLER LLP**
One American Square, Suite 2900
Indianapolis, IN 46282
T: (317) 236-2160
E: Nicholas.Reuhs@icemiller.com

Jacqueline Lesser
**ICE MILLER LLP**
1735 Market Street, Suite 3900
Philadelphia, PA 19103
T: (215) 982-5165
E: Jacqueline.Lesser@icemiller.com

***Counsel for Defendant, Transworld Systems, Inc. in Crum & Forster Action, No. 24-cv-04783-MMB***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of August, 2026, a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to received electronic notices of filing.

*/s/ Andrew Ferich*
Andrew W. Ferich (PA I.D. 313696)